**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02986-CMA-KLM

KAREN SCAVETTA,

    Plaintiff,

v.

KING SOOPERS, INC.,
THE KROGER CO., and
DILLON COMPANIES, INC.,

    Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL
OF DEFENDANT THE KROGER CO.**

---

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice . . . of All Claims Against Defendant The Kroger Co. (Doc. # 5). The Court has reviewed the Stipulation and ORDERS as follows:

Defendant The Kroger Co. Is hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of The Kroger Co. as a Defendant in this case.

DATED: January  04 , 2011

                                        BY THE COURT:

                                        *Christine M. Arguello*
                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge