IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02986-WJM-KLM

KAREN SCAVETTA,

    Plaintiff,

v.

KING SOOPERS, INC., and
DILLON COMPANIES, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order** [Docket No. 26; Filed September 20, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Scheduling Order [Docket No. 20], as amended on July 26, 2011 [Docket No. 25], is further amended to reflect the following new deadlines:

| | |
|---|---|
| Deadline for disclosure of expert witnesses | **October 30, 2011** |
| Deadline for disclosure of rebuttal expert witnesses | **November 30, 2011** |
| Deadline for completion of discovery | **December 30, 2011** |
| Deadline for filing dispositive motions | **January 30, 2012** |

    Dated: September 26, 2011