IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02986-WJM-KLM

KAREN SCAVETTA,

      Plaintiff,

v.

KING SOOPERS, INC., and
DILLON COMPANIES, INC.,

      Defendants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order** [Docket No. 30; Filed October 19, 2011] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

      IT IS FURTHER **ORDERED** that the Scheduling Order [#20], as amended on July 26, 2011 [#25] and September 26, 2011 [#29], is further modified to reflect the following new deadlines:

| Deadline | Date |
|---|---|
| Deadline for disclosure of expert witnesses | **December 30, 2011** |
| Deadline for disclosure of rebuttal expert witnesses | **January 30, 2012** |
| Deadline for completion of discovery | **February 29, 2012** |
| Deadline for filing dispositive motions | **March 30, 2012** |

      IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for February 9, 2012 at 10:00 a.m. is **VACATED** and **RESET** to **May 29, 2012** at **10:30 a.m.**  in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **May 24, 2012**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

      Attorneys and/or pro se parties not participating in ECF shall submit their proposed

pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

Dated: October 19, 2011