**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  10-cv-02986-WJM-KLM

KAREN SCAVETTA,

    Plaintiff,

v.

DILLON COMPANIES, INC., d/b/a
KING SOOPERS, INC.,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    This matter was tried from June 17, 2013 through June 20, 2013 before a jury of eight duly sworn to try the issues herein, the Honorable William J. Martínez, presiding.

    On the third day of trial Plaintiff withdrew Claim V - Wrongful Termination in Violation of Public Policy.  On the fourth day of trial Plaintiff voluntarily dismissed Claim II - Disparate Treatment And Unlawful Termination.

    The jury reached a Verdict:

**VERDICT FORM**

**Question 1: Failure to Provide Reasonable Accommodations under the ADA**

Has the plaintiff, Karen Scavetta, proven by a preponderance of the evidence that the defendant failed to reasonably accommodate her under the ADA?

        Yes _____        No \_\_\_X_____

**Question 3: Retaliation**

Has the plaintiff, Karen Scavetta, proven by a preponderance of the evidence that the defendant retaliated against her for engaging in protected activity?

      Yes _____      No \_\_\_\_X_____

**Question 5: Punitive Damages**

If you answered "Yes" to either Question 1 or Question 3 above, should Plaintiff Karen Scavetta be awarded punitive damages as a result of King Soopers' malice or reckless indifference to her federally protected rights?

      Yes _____      No \_\_\_\_\_X_____

     ACCORDINGLY, IT IS HEREBY ORDERED that Final Judgment is entered for Defendant and against Plaintiff.

     IT IS FURTHER ORDERED that Defendant is awarded costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days' entry of Final Judgment.

     Dated at Denver, Colorado this \_\_\_\_22nd\_\_\_\_ day of June 2013.

APPROVED:                                    FOR THE COURT:

                                           JEFFREY P. COLWELL, CLERK

_____      By: s/ Edward P. Butler_____
Judge William J. Martínez               Edward P. Butler, Deputy Clerk
United States District Court