IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No.   10-cv-02986-WJM-KLM

KAREN SCAVETTA,

    Plaintiff,

v.

DILLON COMPANIES, INC., d/b/a
KING SOOPERS, INC.,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND/OR DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective exhibits and/or depositions until such time as all need for the exhibits and/or depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 21 day of June 2013.

BY THE COURT:

_____
William J. Martínez, Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant